**DENY; and Opinion Filed December 29, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-16-01453-CV
_____

### IN RE ETHAN JEREMY HAZELTON, Relator

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-55640-2013**

## MEMORANDUM OPINION
Before Justices Lang-Miers, Evans, and Schenck
Opinion by Justice Schenck

Before the Court is relator's December 13, 2016 petition for writ of habeas corpus in which he seeks a writ discharging him from the confinement and restraint imposed by the trial court's December 13, 2016 commitment order. The Court is in receipt of the trial court's December 14, 2016 order vacating the December 13, 2016 finding of civil contempt and the commitment order. Accordingly, we deny relator's petition for writ of habeas corpus as moot. We also vacate the deadlines to file the reporter's record and to file responses to the petition. Further, we discharge the bond paid by relator in accordance with this Court's order of December 13, 2016.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

161453F.P05